UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT (BRIDGEPORT)

| | |
|---|---|
| In re:<br><br>OW BUNKER HOLDING NORTH AMERICA INC., *et al.*<br><br>    Debtors. | Chapter 11<br>Case No. 14-51720 (AHWS) |
| SHV GAS SUPPLY & RISK MANAGEMENT SAS,<br><br>    Plaintiff,<br><br>    -against-<br><br>OW BUNKER USA, INC., OW BUNKER HOLDING NORTH AMERICA INC., OW BUNKER NORTH AMERICA INC., NUSTAR ENERGY SERVICES, INC., AND ING BANK NV,<br><br>    Defendants. | Adversary Pro. No. |

### *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR RESTRAINING ORDER PURSUANT TO 28 U.S.C. § 2361 AND 11 U.S.C. § 105(A)

Plaintiff SHV Gas Supply & Risk Management SAS ("SHV"), by and through its undersigned attorneys, files this *Ex Parte* Application for Temporary Restraining order and Motion for Restraining Order Pursuant to 28 U.S.C. § 2361 and 11 U.S.C. § 105(a) (the "Motion") against OW Bunker USA, Inc., OW Bunker Holding North America Inc., OW Bunker North America Inc., NuStar Energy Services, Inc., and ING Bank, NV (the "Defendants"). In support of the Motion, SHV submits the Declaration of Andrea J. Pincus dated December 1, 2014 and the Declaration of Wietze Dingeldein, dated December 2, 2014.

#### A.     PRELIMINARY STATEMENT

1.     The Defendants have asserted competing claims to amounts owed pursuant to the same sale and delivery of fuel bunkers to the vessel Waregem (the "Vessel") in the Port of

*[Left margin, rotated:]* It is ORDERED that the Application and Motion are DENIED for the reasons stated on the record at the hearing held on December 5, 2014.
By the Court
/s/ Alan H. W. Shiff
Alan H. W. Shiff
United States Bankruptcy Judge

*[Center margin, rotated:]* Dated: December 5, 2014