UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT (BRIDGEPORT)

| | |
|---|---|
| In re:<br><br>OW BUNKER HOLDING NORTH AMERICA INC., *et al.*<br><br>　　Debtors. | Chapter 11<br>Case No. 14-51720 (AHWS) |
| SHV GAS SUPPLY & RISK MANAGEMENT SAS,<br><br>　　Plaintiff,<br><br>　　　　-against-<br><br>OW BUNKER USA, INC., OW BUNKER HOLDING NORTH AMERICA INC., OW BUNKER NORTH AMERICA INC., NUSTAR ENERGY SERVICES, INC., AND ING BANK NV,<br><br>　　Defendants. | Adversary Pro. No. 14-05068 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable herein by Federal Rule of Bankruptcy Procedure 7041, the Plaintiff SHV Gas Supply and Risk Management SAS hereby dismisses this adversary proceeding without prejudice.

Respectfully submitted this 8th day of December, 2014.

-2-

The Plaintiff,
SHV Gas Supply and Risk
Management SAS,

By its attorneys,
CUMMINGS & LOCKWOOD LLC


By /S/ JOHN F. CARBERRY
    JOHN F. CARBERRY (ct02881)
    Six Landmark Square
    Stamford, CT  06901
    Tel.:  (203) 351-4280
    Facsimile:  (203) 708-3933
    E-mail:  jcarberry@cl-law.com


    ANDREA J. PINCUS, ESQ.
    Reed Smith LLP
    599 Lexington Avenue
    New York, NY 10022
    Tel.:  (212) 205-6075
    Facsimile:  (212) 521-5450
    E-mail:  apincus@reedsmith.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2014, a copy of the foregoing NOTICE OF DISMISSAL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone appearing but unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By /S/ JOHN F. CARBERRY
JOHN F. CARBERRY

3092509_1.docx 12/8/2014